**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1306**

JEFFREY L. HELMS,

        Plaintiff - Appellant,

    v.

HILTON RESORTS CORPORATION, d/b/a Hilton Grand Vacations Inc., and Hilton Grand Vacations, LLC,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge.  (4:21-cv-03266-JD)

Submitted:  February 22, 2024                   Decided:  February 26, 2024

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jeffrey L. Helms, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey L. Helms appeals the district court's order adopting the magistrate judge's report as modified and denying relief on Helms' discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Helms v. Hilton Resorts Corp.*, No. 4:21-cv-03266-JD (D.S.C. Feb. 24, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*